```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JAN  7 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BUTLER, ) | CASE NO. CV 07-05088 R (SS) |
| Petitioner, ) | **ORDER ADOPTING FINDINGS,** |
| v. ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| T. HORNBEAK, Warden, ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

\\
\\

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Jan. 7, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE