FILED
CLERK, U.S. DISTRICT COURT
JAN 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BUTLER,<br><br>    Petitioner,<br><br>    v.<br><br>T. HORNBEAK, Warden,<br><br>    Respondent. | CASE NO. CV 07-05088 R (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Jan. 7, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE